IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLEN GUY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 14-cv-1867 |
| | : | |
| THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE PURSUANT TO LOCAL RULE 41.1(b)

Pursuant to Rule 41.1(b) of the Local Rules of the United States District Court for the

Eastern District of Pennsylvania, plaintiff Glen Guy respectfully notifies the Court that the issues

between the parties have been settled.

Respectfully submitted,

_____
Adrian J. Moody, Esq.
Moody & Shields Group LLC
2958 N. 22nd Street
Philadelphia, PA  19132
(215) 735-2400

*Attorney for Plaintiff*

Dated: 11/17/14